UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          Case No.: 13-10069-MLW

v.

ROBERT HENRIQUES

### DEFENDANT, ROBERT HENRIQUES'S, MOTION TO DEFER ACCEPTANCE OF CHANGE OF PLEA UNTIL SENTENCING

Defendant Robert Henriques requests that the court defer acceptance of his change of plea currently scheduled for May 27, 2014 until his sentencing date.

As grounds for this request, Defendant submits that he is expected to reach a plea agreement with the Government that will be filed on or before May 27, 2014. Pursuant to that plea agreement, Defendant will change his plea to one count of the Indictment on May 27, 2014. Defendant has been released on standard and specific conditions since February of 2013 and has been supervised by probation since that time. Following Defendant's release from custody he has complied in all respects with his conditions of release, has obtained gainful employment and attends substance abuse counseling as required by probation. Defendant's behavior while on conditions of release has been without incident and in full compliance with the court's release order. Deferring acceptance of Defendant's change of plea until sentencing will allow him to continue with his treatment and is in the interests of justice.

*[Handwritten annotation:]* The court has accepted defendant's guilty plea. This motion is treated as one for release pending sentence based on exceptional circumstances pursuant to 18 USC § 3143(c). For the reasons stated in court, primarily defendant's excellent progress in drug treatment which should not be disrupted, exceptional

*[Handwritten marginal annotation:]* reasons for his release have been clearly shown. Therefore, his release on the existing conditions shall continue. W.M. DJ May 30, 2014

WHEREFORE, Defendant, Robert Henriques, requests that the court defer acceptance of his change of plea currently scheduled for May 17, 2014 until his sentencing date.

> Respectfully Submitted,
> The Defendant,
> ROBERT HENRIQUES,
> By his attorney,
>
> /s/ *Thomas J. Iovieno*
> Thomas J. Iovieno (BBO# 553361)
> 755 East Broadway
> South Boston, MA 02127
> (617) 464-3300
> Email: tjilaw@yahoo.com

Date:   May 21, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2014.

> /s/ *Thomas J. Iovieno*
> Thomas J. Iovieno